IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 CR 220-2 |
| | ) | Judge Matthew F. Kennelly |
| CAMERON BATTISTE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Cameron Battiste, defendant in the above named case,

hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final

judgment entered in this action on the 24rd day of May, 2019.

Respectfully submitted,

_/s/Joshua B. Adams____
Joshua B. Adams
53 W. Jackson #1615
Chicago, Illinois 60604
(312) 566-9173
Attorney for Cameron Battiste

## CERTIFICATE OF SERVICE

I, Joshua B. Adams, attorney, certify that I caused a copy of the above **Notice of
Appeal** to be served on May 31, 2019, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.
5, LR 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district
court's system as to ECF filers.

/s/Joshua B. Adams
Joshua B. Adams

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. 17 CR 220-2 | |
| | ) | Judge Matthew F. Kennelly | |
| CAMERON BATTISTE, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## DOCKETING STATEMENT OF CAMERON BATTISTE

1.      This is a direct appeal from the judgment entered by the District Court on May 24, 2019.   The case was brought pursuant to 18 U.S.C. §922(g)(1). The District Court's jurisdiction was based on 18 U.S.C. §3231.

2.      Appellate jurisdiction is based on 28 U.S.C. §1291, which provides that courts of appeals have jurisdiction of appeals from all final decisions of the district courts.

3.      On May 23, 2019 the defendant was sentenced to 72 months custody in the Bureau of Prisons. The Judgment and Commitment Order was docketed on May 24, 2019.


Respectfully submitted,

 _/s/Joshua B. Adams____
Joshua B. Adams
53 W. Jackson #1615
Chicago, Illinois 60604
(312) 566-9173
Attorney for Cameron Battiste

### CERTIFICATE OF SERVICE

I, Joshua B. Adams, attorney, certify that I caused a copy of the above **Docketing Statement** to be served on May 31, 2019, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


/s/Joshua B. Adams
Joshua B. Adams

DEFENDANT: CAMERON BATTISTE
CASE NUMBER: 1:17-CR-00220(2)

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>CAMERON BATTISTE | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:      1:17-CR-00220(2)<br>USM Number:     17352-029<br><br>Joshua B. Adams<br><span style="font-size:smaller">Defendant's Attorney</span> |

**THE DEFENDANT:**

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)      which was accepted by the court.

☒ was found guilty on count two (2) of the superseding indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §922(g)(1), 18 U.S.C. §924(a)(2) | Felon in Possession of a Firearm | 04/07/2017 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)      dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

May 23, 2019
Date of Imposition of Judgment

Signature of Judge
Matthew F. Kennelly, United States District Judge

Name and Title of Judge

5-24-2019
Date

Case: 1:17-cr-00220 Document #: 205 Filed: 06/03/19 Page 5 of 24 PageID #:1048
ILND 245B (Rev. 04/19/2019 Judgment in a Criminal Case

Judgment – Page 2 of 6

DEFENDANT: CAMERON BATTISTE
CASE NUMBER: 1:17-CR-00220(2)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Seventy-two (72) months as to count two (2) of the superseding indictment.

☒     The court makes the following recommendations to the Bureau of Prisons:   The Court waives costs of imprisonment due to defendant's inability to pay.

☒     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

        ☐     at       on

     ☐     as notified by the United States Marshal.

     ☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ☐     before 2:00 pm on

        ☐     as notified by the United States Marshal.

        ☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at_____, with a certified copy of this judgment.

                             _____

                             UNITED STATES MARSHAL

By   _____

              DEPUTY UNITED STATES MARSHAL

Case: 1:17-cr-00220 Document #: 205 Filed: 06/03/19 Page 6 of 24 PageID #:1049
ILND 245B (Rev. 04/19/2019 Judgment in a Criminal Case

Judgment – Page 3 of 6

DEFENDANT: CAMERON BATTISTE
CASE NUMBER: 1:17-CR-00220(2)

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:

Three (3) years as to count two (2) of the superseding indictment.

     You must report to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons. The court imposes those conditions identified below:

**During the period of supervised release:**

1. The defendant shall not commit another Federal, State, or local crime.

2. The defendant shall not unlawfully possess a controlled substance.

3. The defendant shall cooperate in the collection of a DNA sample at the direction of the probation officer.

4. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests in any one year.

## DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D);** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a.**
The court imposes those conditions identified below:

**During the period of supervised release:**

1. The defendant shall not possess a firearm, ammunition, or a dangerous weapon.

2. The defendant shall report to the probation office in the federal judicial district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

3. During the term of supervised release, the defendant shall report to the probation officer in a manner and frequency directed by the probation officer.

4. The defendant shall not knowingly leave the federal judicial district in which the defendant is being supervised without the permission of the court or probation officer. At the outset of the term of supervision, the probation office shall provide the defendant with a map of the judicial district.

5. The defendant shall permit a probation officer to visit the defendant at any reasonable time at home or any other reasonable location where the probation officer may legitimately enter, by right or consent. The defendant shall permit confiscation of any contraband observed in plain view of the probation officer.

6. The defendant shall answer truthfully any inquiries by the probation officer, subject to any constitutional or other applicable privilege.

7. The defendant shall notify the probation officer within 72 hours after becoming aware of any change or planned change in the defendant's employer, workplace, or residence.

8. The defendant shall notify the probation officer within 72 hours after being arrested, charged with a crime, or questioned by a law enforcement officer.

DEFENDANT: CAMERON BATTISTE
CASE NUMBER: 1:17-CR-00220(2)

9.  The defendant shall not knowingly meet, communicate, or otherwise interact with a person whom the defendant knows to be engaged, or planning to be engaged, in criminal activity.

10. The defendant shall refrain from excessive use of alcoholic beverages, defined as having a blood alcohol concentration greater than 0.08%, and shall refrain from any use of a controlled substance, as defined in section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription from a licensed medical practitioner.

11. The defendant shall participate in a substance abuse and alcohol treatment program. The program shall be approved by the probation officer. The defendant shall abide by the rules and regulations of the program. The program may include testing, up to a maximum of 104 tests per year, to determine the defendant's compliance with the requirements of the program. The probation officer, in consultation with the treatment provider, shall supervise the defendant's participation in the program (provider, location, duration, intensity, etc.).

## SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)

The court imposes those conditions identified below:

**During the term of supervised release:**

1.  The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the prior permission of the court.

2.  If the defendant has not obtained a General Educational Development (GED) certificate while imprisoned, the defendant shall participate in a GED preparation course at the direction of the probation officer and shall attempt to obtain a GED within the first year of supervision.

3.  If the defendant is not gainfully employed, the defendant shall conscientiously seek lawful employment or pursue a course of study or vocational training that will equip him for employment.

4.  If the defendant is not gainfully employed after the first 60 days of supervision, or for any 60 day period during the term of supervision, the defendant shall perform 10 hours of community service per week at the direction of the probation officer until he is gainfully employed at lawful employment. The total amount of community service shall not exceed 200 hours over the term of supervision.

5.  The defendant shall observe two sessions of Reentry Court at the direction of the probation officer.

6.  Any costs of supervision are waived due to defendant's inability to pay.

ILND 245B (Rev. 04/19/2019 Judgment in a Criminal Case

DEFENDANT: CAMERON BATTISTE
CASE NUMBER: 1:17-CR-00220(2)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the _____ .

  ☐ the interest requirement for the _____ is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

ILND 245B (Rev. 04/19/2019) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page 6 of 6

DEFENDANT: CAMERON BATTISTE
CASE NUMBER: 1:17-CR-00220(2)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $100.00 due immediately.

        ☐ balance due not later than _____ , or

        ☐ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (*e.g. weekly, monthly, quarterly*) installments of $ _____ over a period of _____ (*e.g., months or years*), to commence _____ (*e.g., 30 or 60 days*) after the date of this judgment; or

**D** ☐ Payment in equal _____ (*e.g. weekly, monthly, quarterly*) installments of $ _____ over a period of _____ (*e.g., months or years*), to commence _____ (*e.g., 30 or 60 days*) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (*e.g., 30 or 60 days*) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if Appropriate |
|---|---|---|---|
| | | | |

**See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States: See attached preliminary order of forfeiture.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court cost



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ) 
) No. 17 CR 220-2
v. )
) Judge Matthew F. Kennelly
CAMERON BATTISTE )

## PRELIMINARY ORDER OF FORFEITURE

The United States asks this Court to issue a preliminary order of forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2.

a)      On December 14, 2017, a superseding indictment was returned charging defendant CAMERON BATTISTE in Count Two with felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1). R. 69. The indictment sought forfeiture to the United States of all right, title, and interest the defendant may have in any property involved in the charged offense.

b)      Beginning on February 11, 2019, a jury trial was held before this Court. R. 172.

c)      On February 13, 2019, the jury returned a verdict of guilty against defendant CAMERON BATTISTE as to Count Two of the superseding indictment, thereby making the property named in the superseding indictment subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1). R. 179.

d)      Defendant CAMERON BATTISTE waived his right to have the forfeiture allegations in the superseding indictment considered by the jury.  It was agreed instead that this Court would consider the issues relating to the forfeiture. R. 176.

e)      Because of the defendant's conviction of the above violation, a Smith & Wesson, M&P-15 Sport II CA assault rifle, bearing serial number TE38718; a Smith & Wesson, Model SDV9E 9 mm pistol bearing serial number FYJ7552; and associated ammunition are subject to forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  Section 924(d)(1) to Title 18 provides, in part:

> (d)(1)   Any firearm or ammunition involved in or used in any knowing violation of [the offense of possessing a firearm after having been previously convicted of a crime punishable by imprisonment for a term exceeding one year;]...shall be subject to seizure and forfeiture, as the result of such violation.

f)      The United States requests that this Court enter a preliminary order of forfeiture against defendant CAMERON BATTISTE as to the foregoing property, because the property was involved in and used in the offense of conviction charged in the indictment.

g)      Accordingly, this Court orders that a preliminary order of forfeiture be entered against defendant CAMERON BATTISTE as to the foregoing firearms and ammunition. Pursuant to Title 18, United States Code, Section 924(d)(1) and Fed. R. Crim. P. 32.2, all right, title, and interest of the defendant in the foregoing firearms and ammunition named in this order shall be forfeited to the United States for disposition according to law.

h)      Pursuant to Title 18, United States Code, Section 924(d)(1) and Fed. R. Crim. P. 32.2, the terms and conditions of this preliminary order of forfeiture shall be made part of the sentence imposed against the defendant and recited in any judgment and commitment order entered in the case.  In accordance with Rule 32.2(b)(4)(A), at sentencing - or at any time before sentencing if the defendant consents - the preliminary order of forfeiture will become final as to the defendant.  Pursuant to Rule 32.2(c), if a third party files a petition asserting an interest in the property to be forfeited, this Court must hold a hearing to determine his rights.  Pursuant to Title

2

21, United States Code, Section 853(n)(2), as incorporated by Title 28, United States Code, Section 2461(c), third parties have thirty days from the publication of notice or receipt of notice, whichever is earlier, to file a petition. The preliminary order of forfeiture will remain preliminary as to third parties until such an ancillary proceeding, if required, can be conducted under Rule 32.2(c). After disposition of all third party interests, this Court shall, upon the government's motion if appropriate, enter a final order of forfeiture of the property that is the subject of this preliminary order of forfeiture, thereby vesting clear title in the United States of America. In the alternative, the government may seek entry of turnover order in lieu of a final order of forfeiture, to allow for the return of the subject property to its rightful owner.

     i)     Pursuant to Title 21, United States Code, Section 853(g), as incorporated by Title 28, United States Code, Section 2461(c), and Fed. R. Crim. P. 32.2, the foregoing property shall upon entry of this preliminary order of forfeiture be seized by the Federal Bureau of Investigation.

     j)     This Court shall retain jurisdiction to take such additional action and enter such further orders as may be necessary to implement and enforce this preliminary forfeiture order.

MATTHEW F. KENNELLY
United States District Judge

DATED: 5-23-2019

3

APPEAL,PROTO,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:17-cr-00220-2
### Internal Use Only

Case title: USA v. Stanciel

Date Filed: 12/14/2017
Date Terminated: 05/24/2019

Assigned to: Honorable Matthew F. Kennelly

**Defendant (2)**

**Cameron Battiste**
*TERMINATED: 05/24/2019*

represented by **Joshua B. Adams**
Law Offices of Joshua B. Adams, PC
53 W. Jackson Blvd.
#1515
Chicago, IL 60604
312-566-9173
Email: josh@adamsdefenselaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Probation Department**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Alana Maria De Leon**
Law Office Of Alana M. De Leon
1016 W. Jackson Blvd.
Chicago, IL 60607
(312) 531-0888
Email: alana.m.deleon@gmail.com
*ATTORNEY TO BE NOTICED*

**John C. Legutki**
Attorney at Law
53 West Jackson Boulevard
Suite 920
Chicago, IL 60604
(312) 939-8747

Email: jclegutki@sbcglobal.net
*TERMINATED: 07/19/2018*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (2) | The Defendant was found guilty on count two (2) of the superseding indictment after a plea of not guilty. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Seventy-two (72) months as to count two (2) of the superseding indictment. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Three (3) years as to count two (2) of the superseding indictment. Criminal Monetary Penalties. Schedule of Payments. Preliminary Order of Forfeiture. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA        represented by    **Ankur Srivastava**
United States Attorneys Office
219 South Dearborn
5th Floor
Chicago, IL 60604
(312) 353-3148
Email: Ankur.Srivastava@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Saurish Appleby-Bhattacharjee**
United States Attorney"s Office, Northern Distric
5th Floor
219 S. Dearborn St.
Chicago, IL 60604
(312) 469-6045
Email: saurish.bhattacharjee@usdoj.gov
*ATTORNEY TO BE NOTICED*

**William Dunne**
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn Street
Room 3100
Chicago, IL 60604
312 353 2815
Email: william.dunne@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select | Docket Text |
|---|---|---|---|

| | | all / clear | |
|---|---|---|---|
| 12/14/2017 | 69 | ☐ | SUPERSEDING INDICTMENT as to Iesha Stanciel (1) count(s) 1s, 2s, Cameron Battiste (2) count(s) 2 (yap, ). (Entered: 12/15/2017) |
| 12/14/2017 | 70 | ☐ | DESIGNATION Sheet: FELONY (Category 3). (yap, ) (Entered: 12/15/2017) |
| 12/14/2017 | 71 | ☐ | MINUTE entry before the Honorable Young B. Kim as to Iesha Stanciel, Cameron Battiste: Detention order previously issued in 17 cr 220 to stand in this instance as to Iesha Stanciel. Detention order previously issued in 17 cr 738 to stand in this instance as to Cameron Battiste. (yap, ) (Entered: 12/15/2017) |
| 12/14/2017 | 🔒 72 | | (Court only) UNREDACTED (SEALED) SUPERSEDING INDICTMENT as to defendant Iesha Stanciel, Cameron Battiste (yap, ) (Entered: 12/15/2017) |
| 12/15/2017 | 🔒 73 | ☐ | NOTICE of Arraignment as to Cameron Battiste before Honorable Matthew F. Kennelly on 12/21/2017 at 09:30 AM. in courtroom 2103. (yap, ) (Entered: 12/15/2017) |
| 12/18/2017 | 74 | ☐ | ATTORNEY Appearance for defendant Cameron Battiste by John C. Legutki (Legutki, John) (Entered: 12/18/2017) |
| 12/21/2017 | 76 | ☐ | ORDER as to Cameron Battiste: Arraignment on indictment held on 12/21/2017. Attorney John Legutki is appointed to represent the defendant. Defendant enters a plea of not guilty to all counts of the indictment. Rule 16.1 conference is to be held by 1/4/2018. Jury trial is set for 5/21/21018 at 9:45 a.m. Status hearing is set 1/17/2018 at 1:30 p.m. Defendant is ordered detained until further order of the Court. Ordered time excluded through 1/17/2018, pursuant to 18 U.S.C. 3161(h)(1)(D). (X-E) Signed by the Honorable Matthew F. Kennelly on 12/21/17. Mailed notice (cc, ) (Entered: 12/21/2017) |
| 12/21/2017 | 77 | ☐ | CORRECTED ORDER as to Cameron Battiste: Arraignment on the superseding indictment held on 12/21/2017. Attorney John Legutki is appointed to represent the defendant. Defendant enters a plea of not guilty to all counts of the superseding indictment. Rule 16.1 conference is to be held by 1/4/2018. Jury trial is set for 5/21/2018 at 9:45 a.m. Status hearing is set 1/17/2018 at 1:30 p.m. Defendant is ordered detained until further order of the Court. Ordered time excluded through 1/17/2018, pursuant to 18 U.S.C. 3161(h)(1)(D). (X-E) Signed by the Honorable Matthew F. Kennelly on 12/21/17. Mailed notice (cc, ) (Entered: 12/21/2017) |
| 12/21/2017 | 79 | ☐ | CJA ORDER Appointing Counsel Under the Criminal Justice Act. Signed by the Honorable Matthew F. Kennelly on 12/21/17.Mailed notice (cc, ) (Entered: 12/22/2017) |
| 01/17/2018 | 81 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Iesha Stanciel and Cameron Battiste: Status hearing held on 1/17/2018. |

| | | | |
|---|---|---|---|
| | | | Defendants' pretrial motions are to be filed by 2/14/2018. Status hearing set for 2/16/2018 at 9:30 a.m. Defendants' appearances are waived for the next status hearing. Ordered time excluded through 2/16/2018, to allow reasonable time for effective preparation, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (pjg, ) (Entered: 01/17/2018) |
| 02/14/2018 | 84 | ☐ | MOTION by Cameron Battiste to exclude *Certain Evidence* (Legutki, John) (Entered: 02/14/2018) |
| 02/14/2018 | 85 | ☐ | MOTION by Cameron Battiste to suppress *Buccal Swab* (Attachments: # 1 Exhibit Application SW and Affidavit (Swab))(Legutki, John) (Entered: 02/14/2018) |
| 02/14/2018 | 86 | ☐ | MOTION by Cameron Battiste to suppress *Cell Phone Historical Data* (Attachments: # 1 Exhibit Application for Order, # 2 Exhibit Order) (Legutki, John) (Entered: 02/14/2018) |
| 02/14/2018 | 87 | ☐ | NOTICE of Filing as toCameron Battiste regarding MOTION by Cameron Battiste to exclude *Certain Evidence* 84 , MOTION by Cameron Battiste to suppress *Buccal Swab* 85 , MOTION by Cameron Battiste to suppress *Cell Phone Historical Data* 86 (Legutki, John) (Entered: 02/14/2018) |
| 02/16/2018 | 88 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Iesha Stanciel (1) and Cameron Battiste (2): Status hearing and motion hearing held on 2/16/2018. Motion for extension of time 82 is granted. Deadline for defendant Iesha Stanciel to file pretrial motions is extended to 2/28/2018. Defendant Stanciel adopts motion to exclude certain evidence 84 motion to suppress buccal swab 85 and motion to suppress cell phone historical data 86 . Responses to motions 84 , 85 , and 86 are due by 3/2/2018. Both sides' are granted leave for the early return of subpoenas. Status hearing is set for 3/22/2018 at 1:30 p.m. Ordered time excluded through 3/22/2018, pursuant to U.S.C. 3161(h)(1)(D). Mailed notice. (pjg, ) (Entered: 02/16/2018) |
| 03/02/2018 | 90 | ☐ | RESPONSE by USA as to Iesha Stanciel, Cameron Battiste regarding MOTION by Cameron Battiste to exclude *Certain Evidence* 84 , MOTION by Cameron Battiste to suppress *Buccal Swab* 85 , MOTION by Cameron Battiste to suppress *Cell Phone Historical Data* 86 (Srivastava, Ankur) (Entered: 03/02/2018) |
| 03/22/2018 | 91 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Iesha Stanciel and Cameron Battiste: Status hearing held on 3/22/2018. Defendant Stanciel's motion to modify conditions of release 28 is terminated. Defendant Stanciel incorporates motion to exclude certain evidence 84 , motion to suppress Buccal Swab 85 , and motion to suppress 86 . Replies to motions 84 , 85 , and 86 due by 4/5/2018. Defendant Battiste's conditions of release set forth in Case No. 17 CR 738 apply in this case. Status hearing is set for 4/19/2018 at 1:30 p.m. Ordered time excluded for both defendants through 4/19/2018, due to |

| | | | |
|---|---|---|---|
| | | | pending motions, pursuant to U.S.C. 3161(h)(1)(D). Mailed notice. (pjg, ) Modified on 3/22/2018 (pjg, ). (Entered: 03/22/2018) |
| 04/03/2018 | 92 | ☐ | REPLY by Cameron Battiste to response to motion, 90 (Attachments: # 1 Notice of Filing Notice & Certificate)(Legutki, John) (Entered: 04/03/2018) |
| 04/19/2018 | 95 | ☐ | ORDER as to Cameron Battiste: Status hearing and motion hearing held. Motions 84 , 85 , and 86 are taken under advisement. Jury trial set for 5/21/2018 is stricken and re-set for 8/20/2018 at 9:45 AM. The government's Santiago proffer, if any, is to be filed by 7/23/2018. Also by 7/23/2018, the government is to make disclosures regarding other act evidence, as further described below. Motions in limine are to be filed by 7/30/2018; responses are to be filed by 8/6/2018. The final pretrial conference is set for 8/16/2018 at 3:30 pm. Ordered time excluded through 8/16/2018, to allow reasonable time for effective preparation, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). See statement for further details. Signed by the Honorable Matthew F. Kennelly on 4/19/2018. Mailed notice (ags, ) (Entered: 04/19/2018) |
| 04/23/2018 | 96 | ☐ | ORDER signed by the Honorable Matthew F. Kennelly on 4/23/2018 as to Cameron Battiste: The Court denies Battiste's motion to suppress the warrant and evidence relating to the buccal swab 85 and, as indicated earlier, denies as moot Battiste's motion to exclude evidence of the train yard theft 84 and his motion to suppress the historical cell site data evidence 86 . Mailed notice. (pjg, ) (Entered: 04/23/2018) |
| 07/16/2018 | 109 | ☐ | MOTION by USA for protective order as to Cameron Battiste (Srivastava, Ankur) (Entered: 07/16/2018) |
| 07/16/2018 | 110 | ☐ | NOTICE of Motion by Ankur Srivastava for presentment of motion for protective order 109 before Honorable Matthew F. Kennelly on 7/19/2018 at 09:30 AM. (Srivastava, Ankur) (Entered: 07/16/2018) |
| 07/18/2018 | 113 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Government's unopposed motion for entry of a third protective order governing discovery 109 is granted. Hearing date of 7/19/2018 is vacated. Mailed notice (mw, ) (Entered: 07/18/2018) |
| 07/18/2018 | 114 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: At the parties' request, status hearing set for 7/19/2018 at 1:30 p.m. Mailed notice (mw,) (Entered: 07/18/2018) |
| 07/18/2018 | 115 | ☐ | MOTION to withdraw as attorney as to Cameron Battiste John Legutki (Legutki, John) (Entered: 07/18/2018) |
| 07/18/2018 | 116 | ☐ | NOTICE of Motion by John C. Legutki for presentment of motion to withdraw as attorney 115 before Honorable Matthew F. Kennelly on 7/19/2018 at 01:30 PM. (Legutki, John) (Entered: 07/18/2018) |
| 07/18/2018 | 117 | ☐ | THIRD PROTECTIVE ORDER GOVERNING DISCOVERY as to Cameron Battiste Signed by the Honorable Matthew F. Kennelly on |

| | | | |
|---|---|---|---|
| | | | 7/18/2018.Mailed notice (mw, ) (Entered: 07/18/2018) |
| 07/19/2018 | 118 | ☐ | ORDER as to Cameron Battiste : Status and motion hearing held. John Legutki's motion for leave to withdraw as counsel for Defendant 115 is granted. Federal Defender panel attorney Joshua Adams is hereby appointed to represent Defendant Cameron Battiste. Joshua Adams to submit the appropriate order appointing counsel under CJA. Attorney John Legutki to immediately turnover case file to new counsel. Jury trial set for 8/20/2018 and pretrial conference set for 8/16/2018 are vacated. Jury trial reset to 1/7/2019 at 9:45 a.m. Status hearing set for 8/21/2018 at 1:30 p.m. Ordered time excluded through 1/7/2019, to allow reasonable time for effective preparation by new counsel, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Signed by the Honorable Matthew F. Kennelly on 7/19/2018. Mailed notice (yap, ) (Entered: 07/19/2018) |
| 07/20/2018 | 119 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Trial having been continued, motions in limine deadline, Government's Santiago proffer and disclosure date previously set are vacated to be reset at the next status hearing. Mailed notice (mw, ) (Entered: 07/20/2018) |
| 07/24/2018 | 120 | ☐ | CJA ORDER Appointing Counsel Under the Criminal Justice Act. Signed by the Honorable Matthew F. Kennelly on 7/24/2018. Mailed notice (ph, ) (Entered: 07/24/2018) |
| 08/21/2018 | 127 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste (2): Status hearing held. Defendant Battiste to file pretrial motions by 9/25/18. Status hearing is set for 9/26/18 at 1:30 PM. Ordered time excluded through 9/26/2018, to allow reasonable time for effective preparation, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv). Mailed notice. (dm, ) (Entered: 08/21/2018) |
| 09/26/2018 | 131 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Status hearing held on 9/26/2018. Attorney Alana DeLeon has leave to file her appearance as co-counsel for defendant. The government's oral motion for an early return of trial subpoenas is granted reciprocal to both sides. Status hearing is set for 11/15/2018 at 1:30 p.m. Ordered time excluded through 11/15/2018 due to the complexity of the case, pursuant to pursuant to 18 U.S.C. 3161(h)(7)(B)(ii). (pjg, ) (Entered: 09/26/2018) |
| 10/19/2018 | 135 | ☐ | SENTENCING MEMORANDUM as to Iesha Stanciel, Cameron Battiste (Srivastava, Ankur) (Entered: 10/19/2018) |
| 11/15/2018 | 140 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste (2): Status hearing held on 11/15/2018. Motion for Exparte 132 is granted. Status hearing is continued to 12/11/2018 at 1:30 p.m. Ordered time excluded through 12/11/2018 due to complexity of the case, pursuant to pursuant to 18 U.S.C. 3161(h)(7)(B)(ii). Mailed notice. (pjg, ) (Entered: 11/16/2018) |

| 12/11/2018 | 142 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Status hearing held on 12/11/2018. Defendant to provide report discussed in open court to the government by 12/19/2018. The 1/7/2019 jury trial is vacated and reset for 2/11/2019 at 9:45 a.m. Status hearing is set for 12/20/2018 at 1:30 p.m. Ordered time excluded through 12/20/2018 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(ii). Mailed notice. (pjg, ) (Entered: 12/11/2018) |
| --- | --- | --- | --- |
| 12/20/2018 | 143 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Status hearing held on 12/20/2018. Defendant refused to come to court and has forfeited his right to be present. The USMS is directed to take reasonable steps to ensure defendant comes to future court hearings. Status hearing is set for 1/8/2019 at 1:30 p.m. Any motions in limine are due by 1/28/2019; responses due by 2/4/2019. The government is to submit a proposed statement of the case, voir dire questions, jury instructions, and a witness list by 1/28/2019. The same materials are due from the defendant by 2/4/2019. Final pretrial conference set for 2/72019 at 3:30 p.m. Time excluded from 12/20/2018 through 1/8/2019 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(ii). (pjg, ) (Entered: 12/21/2018) |
| 01/08/2019 | 146 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Status hearing held on 1/8/2019. The deadline for any motions in limine is advanced to 1/28/2019; responses due by 2/1/2019. The government is to submit a proposed statement of the case, voir dire questions, jury instructions, and a witness list by 1/28/2019. The same materials are due from the defendant by 2/1/2019. The 2/7/2019 final pretrial conference is vacated and reset for 2/4/2019 at 3:30 p.m. Status hearing is set for 1/16/2019 at 1:30 p.m. Ordered time excluded through 2/4/2019 due to the complexity of the case, pursuant to 18 U.S.C. 3161(h)(7)(B)(ii). Mailed notice. (pjg, ) (Entered: 01/08/2019) |
| 01/14/2019 | 151 | ☐ | ATTORNEY Appearance for defendant Cameron Battiste by Alana Maria De Leon (De Leon, Alana) (Entered: 01/14/2019) |
| 01/16/2019 | 154 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Status hearing held on 1/16/2019. The final pretrial conference set for 2/4/2019 at 3:30 p.m. and the jury trial set for 2/11/2019 at 9:45 a.m. remain as previously scheduled. Mailed notice. (pjg, ) (Entered: 01/17/2019) |
| 01/28/2019 | 159 | ☐ | PROPOSED Jury Instructions by USA as to Cameron Battiste (Srivastava, Ankur) (Entered: 01/28/2019) |
| 01/28/2019 | 160 | ☐ | PROPOSED Voir Dire by USA as to Cameron Battiste (Srivastava, Ankur) (Entered: 01/28/2019) |
| 01/28/2019 | 161 | ☐ | WITNESS List by USA as to Cameron Battiste (Srivastava, Ankur) (Entered: 01/28/2019) |

| 01/28/2019 | 162 | ☐ | Statement of the Case by USA as to Cameron Battiste (Srivastava, Ankur) (Entered: 01/28/2019) |
|---|---|---|---|
| 01/28/2019 | 163 | ☐ | MOTION by USA in limine as to Cameron Battiste (Srivastava, Ankur) (Entered: 01/28/2019) |
| 01/29/2019 | 164 | ☐ | ATTORNEY Designation for USA of Saurish Appleby-Bhattacharjee (Appleby-Bhattacharjee, Saurish) (Entered: 01/29/2019) |
| 02/02/2019 | 165 | ☐ | RESPONSE by Cameron Battiste regarding MOTION by USA in limine as to Cameron Battiste 163 (Adams, Joshua) (Entered: 02/02/2019) |
| 02/04/2019 | 166 | ☐ | PROPOSED Voir Dire by Cameron Battiste (Adams, Joshua) (Entered: 02/04/2019) |
| 02/04/2019 | 167 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Final pretrial conference held. The government's motions in limine 163 are granted in part and denied in part as stated in open court. Case held for trial on 2/11/2019 at 9:45 AM. Mailed notice. (pjg, ) Modified on 2/5/2019 (pjg, ). (Entered: 02/05/2019) |
| 02/04/2019 | 168 | ☐ | ORDER as to Cameron Battiste: In light of the need for certain evidentiary items to be introduced into evidence in the trial of this case, the Court orders as follows: 1. FBI Task Force Officer Anthony Aguirre will be allowed to carry the following items into the Dirksen Federal Courthouse and to Courtroom 2103 for trial: a. a Smith & Wesson, M&P-15 Sport II CA assault rifle bearing serial number TE38718; and b. a Smith & Wesson, Model SDV9E 9 mm pistol bearing serial number FYJ7552. The firearms shall be rendered safe, inoperable, and unable to discharge. The United States Marshals Service may impose any restriction to ensure that the firearms are rendered safe. Signed by the Honorable Matthew F. Kennelly on 2/4/19. Mailed notice (aee, ) (Entered: 02/05/2019) |
| 02/09/2019 | 171 | ☐ | WITNESS List by Cameron Battiste (Adams, Joshua) (Entered: 02/09/2019) |
| 02/11/2019 | 172 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Voir dire begins on 2/11/2019. Jury trial held, evidence entered. Jury Trial continued to 2/12/2019 at 10:00 AM. Mailed notice. (pjg, ) (Entered: 02/11/2019) |
| 02/11/2019 | 173 | ☐ | MOTION by USA for reconsideration as to Cameron Battiste *(re order excluding jail call excerpt)* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Appleby-Bhattacharjee, Saurish) (Entered: 02/11/2019) |
| 02/11/2019 | 176 | ☐ | WAIVER of Forfeiture Determination by Jury filed as to Cameron Battiste. Mailed notice. (pjg, ) (Entered: 02/12/2019) |
| 02/12/2019 | 174 | ☐ | STIPULATION *of Facts for Jury Trial (Nos. 1 through 7)* (Appleby-Bhattacharjee, Saurish) (Entered: 02/12/2019) |

| 02/12/2019 | 175 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste (2): The government's motion for reconsideration 173 is denied for the reasons stated in open court on the morning session of the trial on 2/12/2019. Defendant's ex parte motion to appoint an investigator 169 170 is granted, with a cap of $2,000 unless defense counsel makes a particularized showing of a reasonable need for a greater expense. Defense counsel is directed to promptly submit the appropriate CJA voucher. Mailed notice. (pjg, ) (Entered: 02/12/2019) |
| --- | --- | --- | --- |
| 02/12/2019 | 177 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Jury trial held on 2/12/2019. Evidence entered. Jury Trial continued to 2/13/2019 at 10:00 AM. Mailed notice. (pjg, ) (Entered: 02/12/2019) |
| 02/13/2019 | 178 | ☐ | INSTRUCTIONS GIVEN TO THE JURY as to Cameron Battiste. (pjg, ) (Entered: 02/13/2019) |
| 02/13/2019 | 179 | ☐ | ORDER as to Cameron Battiste: Jury trial and jury deliberations completed on 2/13/2019. The jury finds defendant Cameron Battiste guilty to the charge in the indictment. Court reserves judgment pursuant to defendant's Rule 29 motion. Defendant is to be held in custody pending further order of the Court. Any post- trial motions are to be filed by 3/15/2019. Case is referred to the Probation Office for preparation of a presentence report. Sentencing hearing set for 5/9/2019 at 1:30 p.m. Government's version of the offense is to be submitted by 2/27/2019. Defendant's version, if any, is to be submitted by 3/6/2019. Presentence report is to be filed by 4/3/2019. Defendant's sentencing memorandum is to be filed by 4/25/2019. Government's sentencing memorandum is to be filed by 5/2/2019. The Probation Office is directed to disclose its recommendation to both sides. Signed by the Honorable Matthew F. Kennelly on 2/13/19. Mailed notice (aee, ) (Entered: 02/13/2019) |
| 02/13/2019 | 180 | | JURY Verdict as to Cameron Battiste (2) guilty on Count 2. Verdict form emailed to defendant's counsel of record Joshua B. Adams and Alana Maria De Leon as to Cameron Battiste (RESTRICTED.) (aee, ) (Entered: 02/13/2019) |
| 03/15/2019 | 181 | ☐ | MOTION by Cameron Battiste for extension of time *to file post trial motions* (Adams, Joshua) (Entered: 03/15/2019) |
| 03/20/2019 | 🔒 182 | | (Court only) SENTENCING Recommendation as to Cameron Battiste (SEALED) (Mosley, Crystal) (Entered: 03/20/2019) |
| 03/20/2019 | 183 | | PRESENTENCE Investigation Report as to Cameron Battiste (SEALED) (Mosley, Crystal) (Entered: 03/20/2019) |
| 03/20/2019 | 184 | | PRESENTENCE Investigation Report With Government Version as to Cameron Battiste (SEALED) (Mosley, Crystal) (Entered: 03/20/2019) |
| 03/22/2019 | 185 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Defendant ordered to appear and be transported by |

| | | | U.S. Marshals Service for the sentencing set for 5/9/2019 at 1:30 PM. (pjg, ) (Entered: 03/22/2019) |
|---|---|---|---|
| 04/15/2019 | 186 | ☐ | MOTION by Cameron Battiste for judgment of acquittal (Adams, Joshua) (Entered: 04/15/2019) |
| 04/17/2019 | 187 | ☐ | RESPONSE by USA as to Cameron Battiste regarding MOTION by Cameron Battiste for judgment of acquittal 186 (Appleby-Bhattacharjee, Saurish) (Entered: 04/17/2019) |
| 05/02/2019 | 189 | ☐ | SENTENCING MEMORANDUM as to Cameron Battiste (Appleby-Bhattacharjee, Saurish) (Entered: 05/02/2019) |
| 05/04/2019 | 190 | ☐ | MOTION by Cameron Battiste to continue *sentencing* (Adams, Joshua) (Entered: 05/04/2019) |
| 05/04/2019 | 191 | ☐ | NOTICE of Motion by Joshua B. Adams for presentment of motion to continue 190 before Honorable Matthew F. Kennelly on 5/8/2019 at 01:30 PM. (Adams, Joshua) (Entered: 05/04/2019) |
| 05/06/2019 | 192 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: At the Court's instance, the time for the 5/8/2019 motion hearing regarding motion to continue sentencing 190 is advanced to 9:30 a.m. Defendant ordered to appear and be transported by U.S. Marshals Service. (pjg, ) (Entered: 05/06/2019) |
| 05/08/2019 | 193 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste (2): Status hearing and motion hearing held on 5/8/2019. Defendant refuses to be transported by the U.S. Marshals Service. Motion to continue 190 is granted. The 5/9/2019 sentencing hearing is vacated and reset for 5/23/2019 at 1:30 p.m. Defendant's sentencing memorandum is to be filed by 5/13/2019. Defendant is ordered to appear and be transported by U.S. Marshals Service for the 5/23/2019 sentencing hearing. The U.S. Marshal Service is directed to use reasonable force to ensure defendant is transported for future court hearings. Mailed notice. (pjg, ) (Entered: 05/08/2019) |
| 05/09/2019 | 194 | ☐ | MOTION by USA for forfeiture as to Cameron Battiste (Srivastava, Ankur) (Entered: 05/09/2019) |
| 05/09/2019 | 195 | ☐ | NOTICE of Motion by Ankur Srivastava for presentment of motion for forfeiture 194 before Honorable Matthew F. Kennelly on 5/23/2019 at 01:30 PM. (Srivastava, Ankur) (Entered: 05/09/2019) |
| 05/13/2019 | 196 | ☐ | SENTENCING MEMORANDUM as to Cameron Battiste (Adams, Joshua) (Entered: 05/13/2019) |
| 05/21/2019 | 197 | ☐ | Proposed supervised release conditions as to Cameron Battiste. (pjg, ) (Entered: 05/21/2019) |
| 05/23/2019 | 198 | ☐ | MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste (2): Motion hearing and sentencing hearing held on 5/23/2019. Motion for extension of time 181 and motion for judgment of |

| | | | |
|---|---|---|---|
| | | | acquittal 186 are denied. Motion for preliminary order of forfeiture 194 is granted. Judgment and order of forfeiture to follow. Mailed notice. (pjg, ) (Entered: 05/23/2019) |
| 05/23/2019 | 199 | ☐ | PRELIMINARY ORDER OF FORFEITURE as to Cameron Battiste. Signed by the Honorable Matthew F. Kennelly on 5/23/19. Mailed notice (aee, ) (Entered: 05/24/2019) |
| 05/23/2019 | 🔒 | | (Court only) ***Procedural Interval start (P6) count 2 as to Cameron Battiste. (aee, ) (Entered: 05/24/2019) |
| 05/24/2019 | 200 | ☐ | JUDGMENT (Sentencing Order) as to Cameron Battiste (2), Count(s) 2, The Defendant was found guilty on count two (2) of the superseding indictment after a plea of not guilty. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Seventy- two (72) months as to count two (2) of the superseding indictment. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Three (3) years as to count two (2) of the superseding indictment. Criminal Monetary Penalties. Schedule of Payments. Preliminary Order of Forfeiture. (Terminated defendant Cameron Battiste). Signed by the Honorable Matthew F. Kennelly on 5/24/19. Mailed certified copy to defendant Cameron Battiste's counsel of record Joshua B. Adams. (aee, ) (Entered: 05/24/2019) |
| 05/24/2019 | 201 | | STATEMENT of Reasons as to Cameron Battiste(SEALED). Mailed certified copy to defendant Cameron Battiste's counsel of record Joshua B. Adams. (aee, ) (Entered: 05/24/2019) |
| 05/24/2019 | | | JUDGMENT and Commitment as to Cameron Battiste issued to U.S. Marshal via e-mail in PDF format. (aee, ) (Entered: 05/24/2019) |
| 05/24/2019 | | | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Cameron Battiste. (aee, ) (Entered: 05/24/2019) |
| 05/31/2019 | 202 | ☐ | NOTICE OF APPEAL by Cameron Battiste regarding judgment,,,, terminated defendant,,,, set/clear flags,,, 200 Receipt number: y (Adams, Joshua) (Entered: 05/31/2019) |
| 05/31/2019 | 203 | ☐ | DOCKETING statement by Cameron Battiste regarding notice of appeal 202 (Adams, Joshua) (Entered: 05/31/2019) |
| 06/03/2019 | 204 | ☐ | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 202 . (aee, ) (Entered: 06/03/2019) |

View Selected

or

Download Selected