# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                       Case No.: 1:17−cr−00220
                                                           Honorable Matthew F. Kennelly

Cameron Battiste, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Cameron Battiste: Defendant Cameron Battiste's motion for payment of expert in excess of CJA maximum is granted [219]. Defense counsel is directed to submit the appropriate CJA payment request and supporting documentation, including a copy of this order and a memorandum justifying payment in excess of the statutory maximum. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.